No. 96–6766. MARTIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6768. LEE v. NUTH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–6770. ORDONOZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6781. TEAGUE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–6783. THOMPSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–6784. HOCKENBERRY v. DeTELLA, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 96–6790. POLLACK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6792. FREDERICK v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–6797. BRONSON v. WALKER ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–6798. ELICH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6800. MURILLO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–6801. OGBEIDE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6802. VELEZ v. PUERTO RICO. Cir. Ct. App. P. R. Certiorari denied.

No. 96–6803. WZOREK v. CITY OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 96–6805. GILL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.